**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INDARWATI MIDJAN,

    Plaintiff,                                          No. C 07-01977 JSW

    v.

CARMEN CHAN,                                    **ORDER OF RECUSAL**

    Defendant.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    I, the undersigned judge of the court, finding myself disqualified in the above-entitled

action, hereby recuse myself from this case and request that the case be reassigned pursuant to

the provisions of paragraph E.2 of the Assignment Plan.

    **IT IS SO ORDERED.**

Dated: April 10, 2007                                        _____
                                                            JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE

cc:    Intake