IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDARWATI MIDJAN,<br><br>   Plaintiff,<br><br> v.<br><br>CARMEN CHAN and PAUL M. LEUNG,<br><br>   Defendants.<br>_____/ | No. C-07-1977 MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; STAYING ACTION PENDING COMPLETION OF RELATED CRIMINAL PROCEEDINGS** |

  As the parties note in their Joint Case Management Statement, filed July 20, 2007, the instant action is brought pursuant to the Trafficking Victims Protection Reauthorization Act, which provides: "Any civil action filed under this section shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim." See 18 U.S.C. § 1595(b)(1). For purposes of § 1595, a criminal action "is pending until final adjudication in the trial court." See 18 U.S.C. § 1595(b)(2). On July 10, 2007, an indictment was filed, charging defendants with, inter alia, harboring an alien, specifically, plaintiff Indarwati Midjan, in violation of 8 U.S.C. § 1324(a). See United States v. Chan, CR-07-0428 MMC.

  Accordingly, pursuant to 18 U.S.C. § 1595(b)(1), the instant action is hereby STAYED pending final adjudication of United States v. Chan, CR-07-0428 MMC. The July 27, 2007 case management conference is hereby VACATED; the parties shall file a joint

request for a case management conference no later than 10 days after the conclusion of the above-referenced criminal proceedings.

**IT IS SO ORDERED.**

Dated: July 23, 2007

_____
MAXINE M. CHESNEY
United States District Judge