1  WILLIAM F. ALDERMAN (STATE BAR NO. 47381)
   JUSTIN M. ARAGON (STATE BAR NO. 241592)
2  JUSTYNA W. LEE (STATE BAR NO. 241079)
   walderman@orrick.com
3  aragon@orrick.com
   jlee@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:   415-773-5700
   Facsimile:    415-773-5759
7
   *Attorneys for Plaintiff*
8  *Indarwati Midjan*

9  MICHAEL LEE (STATE BAR NO. 53962)
   LAW OFFICES OF MICHAEL G.W. LEE
10 mgwlaw@aol.com
   360 Post Street, 8th Floor, Union Square
11 San Francisco, CA  94108-4903
   Telephone:   415-788-9000
12 Facsimile:    415-398-3887

13 *Attorney for Defendants*
   *Carmen Chan and Paul M. Leung*
14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 | Indarwati Midjan,              | CASE NO.  C 07-1977 MMC                       |
19 |        Plaintiff,              | [PROPOSED] ORDER SETTING CASE                 |
                                    | MANAGEMENT CONFERENCE                         |
20 |    v.                          |                                               |
                                    | Date:        TBD                              |
21 | Carmen Chan and Paul M. Leung, | Time:        TBD                              |
                                    | Courtroom:   7, 19th Floor                    |
22 |        Defendants.             | Judge:       Hon. Maxine M. Chesney           |

| | |
|---|---|
| 1 | |
| 2 | Pursuant to the parties concurrently filed Joint Request for Case Management Conference |
| 3 | the Court sets the case management conference for August 7, 2009 at 10:30 a.m.  A Joint Case |
| 4 | Management Conference Statement shall be filed no later than July 31, 2009. |

Dated: June 9, 2009

_____
Hon. Maxine M. Chesney
United States District Judge