WILLIAM F. ALDERMAN (STATE BAR NO. 47381)
JUSTIN M. ARAGON (STATE BAR NO. 241592)
JUSTYNA W. LEE (STATE BAR NO. 241079)
walderman@orrick.com
aragon@orrick.com
jlee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

*Attorneys for Plaintiff*
*Indarwati Midjan*

MICHAEL LEE (STATE BAR NO. 53962)
LAW OFFICES OF MICHAEL G.W. LEE
mgwlaw@aol.com
360 Post Street, 8th Floor, Union Square
San Francisco, CA 94108-4903
Telephone: 415-788-9000
Facsimile: 415-398-3887

*Attorney for Defendants*
*Carmen Chan and Paul M. Leung*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Indarwati Midjan,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Carmen Chan and Paul M. Leung,<br><br>　　　　　Defendants. | CASE NO. C 07-1977 MMC<br><br>Assigned to the Hon. Maxine M. Chesney<br><br>Courtroom 7, 19th Floor<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER**<br><br>AND ORDER THEREON |

Plaintiff Indarwati Midjan and Defendants Carmen Chan and Paul M. Leung jointly move the Court pursuant to Civil L.R. 6-3 and 16-2 to modify the August 10, 2009, Case Management and Pretrial Order in accordance with the following Joint Stipulation to Modify Case Management and Pretrial Order.

**JOINT STIPULATION TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER**

This Joint Stipulation is made pursuant to Civil L.R. 6-2 by Plaintiff and Defendants.

1. On August 10, 2009, the Court set the trial in the matter for August 16, 2010, and based upon that trial date, discovery and other pretrial deadlines were calculated pursuant to the Federal Rules of Civil Procedure and Local Rules.

2. At the conclusion of the parties' first mediation, both plaintiff and defendants agreed to mediate again once certain documents from the related criminal case, *United States v. Chan*, CR-07-0428 MMC, were produced.

3. To that end, defendants produced approximately 3,300 pages of documents from the related criminal case on September 11, 2009 and December 30, 2009.

4. A second mediation was scheduled for January 15, 2010; however, due to an unanticipated scheduling conflict, the parties agreed to reschedule the mediation to a later date.

5. This second mediation has now been scheduled for April 13, 2010. The parties have agreed to schedule the depositions of plaintiff and defendants shortly after April 13, 2010 should the second mediation fail to resolve the case.

6. The parties therefore seek to extend the non-expert discovery cutoff by seventy-five (75) days, and the trial date and all other pretrial deadlines by sixty (60) days. These extensions would result in the following schedule:

    a. Non Expert Discovery Cutoff: May 19, 2010

    b. Designation of Experts: May 25, 2010; June 8, 2010 (Rebuttal)

       c. Expert Discovery Cutoff: June 29, 2010

       d. Dispositive Motions: July 13, 2010

       e. Pretrial Conference: October 4, 2010

       f. Trial Date: October 15, 2010.

7. Counsel for the parties have met and conferred and agreed that the above referenced extensions of time to the pretrial scheduling order would not present a conflict for either party or their respective counsel.

8. Good cause exists for extending the trial date, discovery and all other pretrial deadlines, since the extensions will allow the parties a second opportunity to mediate this case. Accordingly, the parties stipulate to extend the deadlines as set forth above, and respectfully request that the Court so order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 17, 2009

WILLIAM F. ALDERMAN
JUSTIN M. ARAGON
JUSTYNA W. LEE
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Justin M. Aragon
Justin M. Aragon
Attorneys for Plaintiff
Indarwati Midjan

Dated: February 17, 2009

MICHAEL LEE
LAW OFFICES OF MICHAEL G.W. LEE

Michael G. W. Lee
Attorney for Defendants
Carmen Chan and Paul M. Leung

## ORDER

**FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS SO ORDERED**, with the exception that, due to the Court's calendar, the Pretrial Conference is continued to October 26, 2010 and the Trial Date is continued to November 8, 2010.

Dated: February 25, 2010

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

OHS West:260844108.3

- 4 -