IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDARWATI MIDJAN, | No. C 07-1977 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CARMEN CHAN, et al., | |
| Defendants / | |

The court-appointed mediator having advised the Court that the parties reached a settlement of the above-titled action at the mediation session conducted on April 13, 2010,

IT IS HEREBY ORDERED that plaintiff's claims alleged herein against defendants be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: April 15, 2010

MAXINE M. CHESNEY
United States District Judge