WILLIAM F. ALDERMAN (STATE BAR NO. 47381)
JUSTIN M. ARAGON (STATE BAR NO. 241592)
JUSTYNA W. LEE (STATE BAR NO. 241079)
walderman@orrick.com
aragon@orrick.com
jlee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

*Attorneys for Plaintiff*
*Indarwati Midjan*

MICHAEL LEE (STATE BAR NO. 53962)
LAW OFFICES OF MICHAEL G.W. LEE
mgwlaw@aol.com
360 Post Street, 8th Floor, Union Square
San Francisco, CA 94108-4903
Telephone: 415-788-9000
Facsimile: 415-398-3887

*Attorney for Defendants*
*Carmen Chan and Paul M. Leung*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Indarwati Midjan,<br><br>          Plaintiff,<br><br>     v.<br><br>Carmen Chan and Paul M. Leung,<br><br>          Defendants. | CASE NO. C 07-1977 MMC<br><br>Assigned to the Hon. Maxine M. Chesney<br><br>Courtroom 7, 19th Floor<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS LAWSUIT IN ITS ENTIRETY WITH PREJUDICE** |

OHS West:260911798.1
910882-2 J3W/J3W

1  WHEREAS Plaintiff Indarwati Midjan commenced this lawsuit against Defendants Carmen Chan and Paul M. Leung (collectively "Defendants");

WHEREAS the parties agreed to settle their dispute during a mediation held on April 13, 2010;

WHEREAS the Court dismissed this lawsuit without prejudice on April 15, 2010 after the mediator had advised the parties had settled the case in mediation; and

WHEREAS the Defendants have made the agreed-upon settlement payments described in their executed settlement and release agreement.

NOW, THEREFORE, Plaintiff and Defendants, through their respective counsel of record, hereby stipulate and respectfully request that the Court enter the attached order:

1. Vacating its dismissal of the lawsuit without prejudice; and
2. Dismissing the lawsuit in its entirety with prejudice.

**IT IS SO STIPULATED.**

Dated: 11/15, 2010

WILLIAM F. ALDERMAN
JUSTIN M. ARAGON
JUSTYNA W. LEE
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Justin M. Aragon
Attorneys for Plaintiff
Indarwati Midjan

Dated: November 9, 2010

MICHAEL LEE
LAW OFFICES OF MICHAEL G.W. LEE

_____
Michael G. W. Lee
Attorney for Defendants
Carmen Chan and Paul M. Leung

OHS West:260911798.1
910882-2 J3W/J3W

- 2 -

CASE NO. C 07-1977 MMC
Stipulation and [Proposed] Order To
Dismiss Lawsuit in its Entirety with Prejudice

## [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

Having reviewed the Stipulation to Dismiss with Prejudice executed by counsel for all parties in this lawsuit, the Court issues the following orders pursuant to the stipulation:

**IT IS HEREBY ORDERED** that the dismissal without prejudice entered by this Court on April 15, 2010 is vacated.

**IT IS HEREBY ORDERED** that this case is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: \_\_\_\_, 2010

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

OHS West:260911798.1
910882-2 J3W/J3W

- 3 -

CASE NO. C 07-1977 MMC
Stipulation and [Proposed] Order To
Dismiss Lawsuit in its Entirety with Prejudice